IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SAMPLES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOHN DOE,<br><br>　　　　Respondent. | No. C 18-7559 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a California prisoner proceeding pro se, filed this habeas petition on December 17, 2018. On the same day, the clerk notified petitioner that he must submit either the filing fee or a completed application to proceed in forma pauperis ("IFP"). Along with this notice, the clerk mailed to petitioner an IFP application, instructions, and a stamped return envelope. The notice informed petitioner that the case would be dismissed if he did not either pay the fee or file the completed IFP application within 28 days. No response has been received. As more than 28 days have passed, and petitioner has not filed a completed IFP application, paid the filing fee, shown cause why not, or requested an extension of time to do so, this case is **DISMISSED** without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: February __4__, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE